IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER STORTZ, <br><br> Plaintiff, <br><br> v. <br><br> CHEROKEE INSURANCE COMPANY, CENTRAL TRANSPORT LLC, AND CENTRAL TRANSPORT LLC WELFARE BENEFIT PLAN, <br><br> Defendants. | No. 5:16-cv-00200-RLV-DSC |

## ORDER GRANTING JOINT MOTION TO STAY

Before the Court is the Joint Motion to Stay Proceedings. Finding that there is good cause for the Motion and that the relief requested is just and appropriate, the Court orders as follows:

1. The Motion is **GRANTED**; and

2. This case is **STAYED** for sixty days commencing on the date of entry of this Order in order to allow for an external review of Plaintiff's claim for Plan benefits by an external review organization.

**SO ORDERED**.

Signed: January 5, 2017

David S. Cayer
United States Magistrate Judge