IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER STORTZ, | ) |
| Plaintiff, | ) |
| v. | ) |
| CHEROKEE INSURANCE COMPANY, CENTRAL TRANSPORT LLC, AND CENTRAL TRANSPORT LLC WELFARE BENEFIT PLAN, | ) No. 5:16-cv-00200-RLV-DSC |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Vance E. Drawdy]" (document #26). For the reasons stated therein, the Motion is granted.

**SO ORDERED**.

Signed: June 23, 2017

David S. Cayer
United States Magistrate Judge