IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:16-cv-00200-GCM-DSC

_____
CHRISTOPHER STORTZ,

    Plaintiff,

vs.

CHEROKEE INSURANCE COMPANY,
CENTRAL TRANSPORT LLC, and
CENTRAL TRANSPORT LLC WELFARE
BENEFIT PLAN,

    Defendants.
_____

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Before the Court is Defendants' Unopposed Motion to Amend Scheduling Order. Finding that there is good cause for the Motion and that the relief requested is just and appropriate, the Court ORDERS as follows:

(1) The Motion is GRANTED; and

(2) The deadline for Defendants Central Transport LLC, Central Transport LLC Welfare Benefit Plan, and Cherokee Insurance Company to produce an expert report in accordance with Fed. R. Civ. P. 26(a)(2) is extended to Friday, December 1, 2017; the discovery deadline is extended to Monday, December 18, 2017; and the deadline for the parties to file cross motions for summary judgment is extended to Monday, January 8, 2018.

**SO ORDERED**.

Signed: November 3, 2017

_____
David S. Cayer
United States Magistrate Judge